UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ramel Bain,

Defendant.

15-cr-619 (AJN)

ORDER

DEC 2 0 2019

ALISON J. NATHAN, District Judge:

An arraignment and initial conference for an alleged violation of supervised release is hereby scheduled for January 9, 2019, at 3 p.m.

Dated: December 20, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge