UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ramel Bain,

          Defendant.

15-cr-619 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A status conference on alleged violations of supervised release is hereby scheduled for January 27, 2020, at 11 a.m. By January 24, 2020, the parties shall submit a joint letter informing the Court how they intend to proceed at the conference.

SO ORDERED.

Dated: January 9, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge