USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ramel Bain,

Defendant.

15-cr-619 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the COVID-19 public health crisis, the sentencing in the above-captioned matter currently scheduled for August 18, 2020 cannot be conducted in person. Within one week of this Order, the parties shall submit a joint letter notifying the Court whether they prefer to proceed remotely or adjourn to a later date when an in-person proceeding may be feasible.

SO ORDERED.

Dated: July  24 , 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge