USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ramel Bain,

Defendant.

15-cr-619 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A presentment, arraignment, and conference on alleged violations of supervised release is hereby scheduled for September 11, 2020 at 1 p.m. The parties shall submit a joint letter three days before the scheduled conference informing the Court how they intend to proceed at the conference.

SO ORDERED.

Dated: August 25, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge