USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
:
United States of America,                                             :
:
      -v-                                                          :      15-cr-619 (AJN)
:
Ramel Bain,                                                           :      ORDER
:
      Defendant.                                                    :
:
----------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      A presentment, arraignment, and initial conference on alleged violations of supervised release is currently scheduled for Friday, September 11, 2020 at 1:00 P.M. In light of the challenges posed by the COVID-19 public health crisis and the Defendant's preference to proceed by teleconference, Dkt. No. 79, the conference will proceed telephonically. At 1 p.m. on September 11, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key.

      SO ORDERED.

Dated: September 10, 2020
       New York, New York

                                            ALISON J. NATHAN
                                           United States District Judge