# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 11, 2020


9/11/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

> The presentment, arraignment, and conference on alleged violations of supervised release originally scheduled for September 11, 2020 at 1 p.m. is hereby adjourned to September 16, 2020 at 11 a.m.
>
> SO ORDERED.

By ECF

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Ramel Bain, 15 Cr. 619 (AJN)**

Dear Judge Nathan:

I write to respectfully request that the Court adjourn today's telephonic conference to a day and time next week convenient for the Court. As the Court knows, Mr. Bain did not appear today; nevertheless, I am in frequent contact with him and fully expect he will be able to appear telephonically next week.

Thank you for your attention to this request.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc: Thomas McKay, Esq.
    Michelle Powell, U.S. Probation