```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
United States of America,

    -v-                                          15-cr-619 (AJN)

Ramel Bain,                                      ORDER

                Defendant.
---------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      Sentencing in this matter is scheduled for December 14, 2020 at 2 p.m. The Defendant has indicated that he consents to proceeding remotely, and he requests that the sentencing proceed by teleconference due to the fact that videoconferencing is not reasonably available to him. *See* Dkt. Nos. 83, 85. As a result, the sentencing will proceed by teleconference. At 2 p.m. on December 14, 2020, the parties and members of the public shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key.

      The Court has not yet received a sentencing submission from the Government. If the Government intends to file a sentencing submission, it shall do so by December 11, 2020.

      SO ORDERED.

Dated: December 10, 2020
      New York, New York
                                                 _____
                                                        ALISON J. NATHAN
                                                  United States District Judge