USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

United States of America,

    -v-                                                15-cr-619 (AJN)

Ramel Bain,                                      ORDER

                Defendant.

------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       The parties are hereby ORDERED to meet and confer and propose how to reflect in the Judgment the sentence stated on the record at the December 14, 2020 sentencing. The parties shall file a joint letter by no later than December 15, 2020.

       SO ORDERED.

Dated: December 14, 2020
       New York, New York

                                                          ALISON J. NATHAN
                                                       United States District Judge